**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
HELENA DIVISION**

BUCKIE A. MILLS                                                                                                        PLAINTIFF
ADC #105605

v.                                               NO: 2:09CV00171 JLH/HDY

ARKANSAS DEPARTMENT
OF CORRECTION, *et al.*                                                                              DEFENDANTS

### ORDER

The Court has reviewed the Proposed Findings and Partial Recommended Disposition submitted by United States Magistrate Judge H. David Young, and the objections filed. After carefully considering the objections and making a *de novo* review of the record in this case, the Court concludes that the Proposed Findings and Partial Recommended Disposition should be, and hereby are, approved and adopted in their entirety as this Court's findings in all respects.

IT IS THEREFORE ORDERED THAT:

1.     Plaintiff is allowed to proceed in this lawsuit against Defendants Wallace, Barnes, and Lang, on his claims of that they denied him access to the courts.

2.     All of Plaintiff's other claims are DISMISSED WITHOUT PREJUDICE, and all other Defendants' names are removed as party Defendants.

IT IS SO ORDERED this 6th day of April, 2010.

_____
UNITED STATES DISTRICT JUDGE