# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## HELENA DIVISION

BUCKIE A. MILLS                                                                                                  PLAINTIFF
ADC #105605

v.                                            NO. 2:09CV00171 JLH

ARKANSAS DEPARTMENT
OF CORRECTION, *et al.*                                                                                DEFENDANTS

### ORDER

The Court has reviewed the Proposed Findings and Recommended Disposition submitted by United States Magistrate Judge H. David Young, and the objections filed. After carefully considering the objections and making a *de novo* review of the record in this case, the Court concludes that the Proposed Findings and Recommended Disposition should be, and hereby are, approved and adopted in their entirety as this Court's findings in all respects.

IT IS THEREFORE ORDERED THAT:

1.	Defendants' motion to dismiss (docket entry #30) is GRANTED, and Plaintiff's complaint is DISMISSED WITH PREJUDICE.

2.	This dismissal counts as a "strike" for purposes of 28 U.S.C. § 1915(g).

3.	The Court certifies that an *in forma pauperis* appeal taken from the order and judgment dismissing this action is considered frivolous and not in good faith.

DATED this 14th day of June, 2010.

*J. Leon Holmes*
UNITED STATES DISTRICT JUDGE