IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
HELENA DIVISION

BUCKIE A. MILLS                                                                                         PLAINTIFF
ADC #105605

v.                                            NO. 2:09CV00171 JLH

ARKANSAS DEPARTMENT
OF CORRECTION, *et al.*                                                                         DEFENDANTS

## JUDGMENT

Pursuant to the order filed this date, judgment is entered dismissing this case with prejudice; the relief sought is denied. The Court further certifies that an *in forma pauperis* appeal taken from the order and judgment dismissing this action is considered frivolous and not in good faith.

IT IS SO ORDERED this 14th day of June, 2010.

_____
UNITED STATES DISTRICT JUDGE